UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DENSEALEAN LEFTWICH, | : | 18 U.S.C. § 371, 287, 2) |
| | : | (Conspiracy; False, Fictitious and |
| Defendant | : | Fraudulent Claims; Causing and Act |
| | : | to be Done) |
| | : | |

**INFORMATION**

The United States Attorney informs the Court that:

**Count One (Conspiracy to Commit False, Fictitious and Fraudulent Claims)**

1. Between in or about January 1, 2002, until in or about August 1, 2004, defendant DENSEALEAN LEFTWICH worked as a Secretary and authorized time keeper for the Farm Service Agency ("FSA") of the United States Department of Agriculture ("USDA"). Defendant DENSEALEAN LEFTWICH was assigned to the FSA's Management Services Division ("MSD"), Acquisition Management Branch. Defendant DENSEALEAN LEFTWICH's office was located at 1400 Independence Avenue, SW in the District of Columbia. As an authorized time keeper, DENSEALEAN LEFTWICH was responsible for collecting time and attendance forms from employees, submitting them to supervisors for review, and then transmitting them electronically to the USDA's National Finance Center ("NFC") – the entity responsible for issuing paychecks to U.S. Government employees.

2. Between in or about January 1, 2002 until in or about August 1, 2004, "Coconspirator B" (an unindicted Coconspirator of defendant DENSEALEAN LEFTWICH) was a Procurement Technician in the Recurring Requirements Division of the MSD. Coconspirator B worked at the same location as defendant DENSEALEAN LEFTWICH.

3. In her capacity as authorized time keeper, Defendant DENSEALEAN LEFTWICH was directly responsible for submitting Coconspirator B's time and attendance forms to the NFC.

## The Conspiracy

4. From between in or about January 1, 2002, until in or about August 1, 2004, in the District of Columbia and elsewhere, defendant DENSEALEAN LEFTWICH and Coconspirator B did unlawfully and knowingly combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, that is: knowingly making and presenting to the NFC of the USDA, an agency of the United States, a False, Fictitious or Fraudulent Claim, that is, time and attendance forms claiming compensation for in excess of 1000 hours of overtime that Coconspirator B had not in fact worked, resulting in Coconspirator B being paid $29,500 in overtime compensation that she was not entitled to, and Defendant LEFTWICH receiving $200.00 each of the thirty times she submitted a false time and attendance form on behalf of Coconspirator B to the NFC, in violation of Title 18, United States Code, Section 287.

## Goal of the Conspiracy

5. A goal of the conspiracy was for the coconspirators, including defendant DENSEALEAN LEFTWICH, to unlawfully enrich themselves by fraudulently obtaining monies

from the United States Department of Agriculture, an agency of the United States Government.

<u>Manners and Means</u>

6. In order to achieve the goal of the conspiracy defendant DENSEALEAN LEFTWICH and Coconspirator B used the following manners and means, among others:

A. It was part of the conspiracy that in the first part of 2002, defendant DENSEALEAN LEFTWICH and Coconspirator B discussed a way to earn extra money by having defendant DENSEALEAN LEFTWICH alter Coconspirator B's time and attendance forms to reflect additional overtime hours that Coconspirator B had not worked.

B. It was further part of the conspiracy that defendant DENSEALEAN LEFTWICH agreed that she would enter extra overtime hours for Coconspirator B in exchange for Coconspirator B paying defendant DENSEALEAN LEFTWICH approximately $200.00 each time defendant DENSEALEAN LEFTWICH altered and submitted a false time and attendance form on behalf of Coconspirator B.

C. It was further part of the conspiracy that defendant DENSEALEAN LEFTWICH and Coconspirator B agreed that defendant DENSEALEAN LEFTWICH first would submit Coconspirator B's accurate time and attendance forms to Coconspirator B's supervisor, and that once the supervisor approved the accurate time and attendance forms, defendant DENSEALEAN LEFTWICH would alter them by augmenting the number of overtime hours Coconspirator B claimed to have worked.

D. It was further part of the conspiracy that defendant DENSEALEAN LEFTWICH and Coconspirator B agreed that defendant DENSEALEAN LEFTWICH would submit Coconspirator B's altered time and attendance forms to the NFC for numerous different pay

periods, resulting in Coconspirator B being paid $29,500 for in excess of 1000 hours of overtime she never worked, and resulting in defendant DENSEALEAN LEFTWICH receiving $200.00 from Conconspirator B for each of the 30 pay periods that Defendant DENSEALEAN LEFTWICH submitted a false time and attendance form to the NFC on behalf of Coconspirator B.

Overt Acts

7. Within the District of Columbia and elsewhere, in furtherance of the above described conspiracy and in order to carry out the objects thereof, defendant DENSEALEAN LEFTWICH and Coconspirator B, committed the following overt acts, among others:

(1) On or about July 15, 2002, defendant DENSEALEAN LEFTWICH and Coconspirator B knowingly created and submitted to the NFC, a false claim, that is a time and attendance form on behalf of Coconspirator B reflecting that Coconspirator B had worked 45 hours of overtime that she had in fact never worked.  Coconspirator B received $1,188.00 in compensation that she was not entitled to as a result of this false claim.  Coconspirator B then paid $200.00 of these monies to defendant DENSEALEAN LEFTWICH.

(2) On or about September 22, 2003, defendant DENSEALEAN LEFTWICH and Coconspirator B knowingly created and submitted to the NFC, a false claim, that is a time and attendance form on behalf of Coconspirator B reflecting that Coconspirator B had worked 40 hours of overtime that she had in fact never worked.  Coconspirator B received $1,101.20 in compensation that she was not entitled to as a result of this false claim.  Coconspirator B then paid $200.00 of these monies to defendant DENSEALEAN LEFTWICH.

(3) On or about May 12, 2004, defendant DENSEALEAN LEFTWICH and

Coconspirator B knowingly created and submitted to the NFC, a false claim, that is a time and attendance form on behalf of Coconspirator B reflecting that Coconspirator B had worked 40 hours of overtime that she had in fact never worked.  Coconspirator B received $1,149.20 in compensation that she was not entitled to as a result of this false claim.  Coconspirator B then paid $200.00 of these monies to defendant DENSEALEAN LEFTWICH.

**(Conspiracy to Commit False, Fictitious, and Fraudulent Claims, Causing an Act to Be Done, in violation of Title 18, United States Code, Sections 371 and 2)**

                Respectfully submitted,
                KENNETH WAINSTEIN
                United States Attorney for the District of Columbia

By: _____
                KIM A. HERD
                D.C.  Bar #461615
                Assistant United States Attorney
                Fraud and Public Corruption Section
                555 Fourth Street, N.W.
                Washington, D.C. 20530
                (202) 616-3702