**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

  vs.                                      Criminal No. 06-23 (EGS)
DENSEALEAN LEFTWICH
    Defendant.
_____/

**ORDER**

On **MARCH 14, 2006**, the defendant pled guilty to Count One of the Information.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **MAY 17, 2006**; defendant's memorandum of law, if any shall be filed by no later than **MAY 24, 2006**; the Government's memorandum of law, if any shall be filed by no later than **MAY 31, 2006,** a reply, if any, shall be filed by no later than **JUNE 7, 2006**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **JUNE 14, 2006 AT 12:30 P.M.**

IT IS SO ORDERED.

DATE: March 13, 2006    EMMET G. SULLIVAN
                                     UNITED STATES DISTRICT JUDGE