AO 455 (Rev. 5/85)  Waiver of Indictment

FILED

MAR 14 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Densealean Leftwich

WAIVER OF INDICTMENT

CASE NUMBER: 06-0023 (EGS)

I, __Densealean Leftwich__, the above named defendant, who is accused of

18 U.S.C. § 371

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __March 14, 2006__ prosecution by indictment and consent that the
                                    Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
              Judicial Officer