FILED

MAR 14 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 06-0023 (~~RJL~~) EGS |
| v. : | |
| DENSEALEAN LEFTWICH, : | |
| Defendant. : | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant, DENSEALEAN LEFTWICH, and the United States agree and stipulate as follows:

Between in or about January 1, 2002 until in or about August 1, 2004, DENSEALEAN LEFTWICH was employed by the Farm Service Agency ("FSA") of the United States Department of Agriculture ("USDA"), an agency of the United States Government. DENSEALEAN LEFTWICH was assigned to the FSA's Management Services Division ("MSD"), where she worked as a Secretary and authorized timekeeper in the Acquisition Management Branch. DENSEALEAN LEFTWICH's office was located at 1400 Independence Avenue, SW in the District of Columbia. As the authorized time keeper, DENSEALEAN LEFTWICH was responsible for collecting time and attendance forms from employees, submitting them to supervisors for review, and electronically transmitting the completed forms to the USDA's National Finance Center ("NFC") – the entity responsible for issuing paychecks to U.S. government employees.

Between in or about January 1, 2002 until in or about August 1, 2004, Coconspirator B (an unindicted coconspirator of DENSEALEAN LEFTWICH) worked as a Procurement Technician in the Recurring Requirements Section of the MSD.

In her capacity as authorized timekeeper, DENSEALEAN LEFTWICH was directly responsible for submitting Coconspirator B's time and attendance forms to the NFC.

While employed at the FSA, DENSEALEAN LEFTWICH conspired with Coconspirator B, to knowingly make and present false time and attendance forms to the USDA's NFC, constituting claims against the United States, for payment of overtime hours that Coconspirator B never worked.

Between in or about May 1, 2002 and August 1, 2004, DENSEALEAN LEFTWICH and Coconspirator B conspired to enter fraudulent time and attendance forms for numerous pay periods. As a result, Coconspirator B received paychecks totaling $29,500 for overtime hours she never worked. DENSEALEAN LEFTWICH and Coconspirator B agreed that Coconspirator B would pay DENSEALEAN LEFTWICH $200.00 each time DENSEALEAN LEFTWICH submitted a fraudulent time and attendance form on behalf of Coconspirator B to the NFC.

In furtherance of the conspiracy, in early 2002, Coconspirator B and DENSEALEAN LEFTWICH discussed a way to earn extra money and developed a scheme whereby DENSEALEAN LEFTWICH would alter and submit time and attendance forms on behalf of Coconspirator B to reflect additional overtime hours that Coconspirator B had not worked. They agreed that Coconspirator B would pay DENSEALEAN LEFTWICH $200 each time DENSEALEAN LEFTWICH altered and submitted Coconspirator B's time and attendance forms to the NFC. Also in furtherance of the conspiracy, Coconspirator B and DENSEALEAN LEFTWICH agreed that DENSEALEAN LEFTWICH would initially submit Coconspirator B's accurate time and attendance forms to Coconspirator B's supervisor, and that once the supervisor approved the accurate time and attendance forms, DENSEALEAN LEFTWICH would alter them by augmenting the number of overtime hours Coconspirator B actually worked. DENSEALEAN

2

LEFTWICH would then submit electronically to the NFC, the altered versions of Coconspirator B's time and attendance forms, resulting in Coconspirator B being paid for overtime hours she never worked. It was also part of their agreement that Coconspirator B would pay DENSEALEAN LEFTWICH $200.00 each time DENSEALEAN LEFTWICH altered and submitted Coconspirator B's time and attendance forms to the NFC.

In furtherance of the above described conspiracy and in order to carry out the objects thereof, DENSEALEAN LEFTWICH and Coconspirator B, committed the following overt acts, among others:

(1) On or about July 15, 2002, defendant DENSEALEAN LEFTWICH and Coconspirator B knowingly created and submitted to the NFC, a false claim, that is a time and attendance form on behalf of Coconspirator B reflecting that Coconspirator B had worked 45 hours of overtime that she had in fact never worked. Coconspirator B received $1,188.00 in compensation that she was not entitled to as a result of this false claim. Coconspirator B then paid $200.00 of these monies to defendant DENSEALEAN LEFTWICH.

(2) On or about September 22, 2003, defendant DENSEALEAN LEFTWICH and Coconspirator B knowingly created and submitted to the NFC, a false claim, that is a time and attendance form on behalf of Coconspirator B reflecting that Coconspirator B had worked 40 hours of overtime that she had in fact never worked. Coconspirator B received $1,101.20 in compensation that she was not entitled to as a result of this false claim. Coconspirator B then paid $200.00 of these monies to defendant DENSEALEAN LEFTWICH.

(3) On or about May 12, 2004, defendant DENSEALEAN LEFTWICH and Coconspirator B knowingly created and submitted to the NFC, a false claim, that is a time and attendance form on behalf of Coconspirator B reflecting that Coconspirator B had worked 40

hours of overtime that she had in fact never worked. Coconspirator B received $1,149.20 in compensation that she was not entitled to as a result of this false claim. Coconspirator B then paid $200.00 of these monies to defendant DENSEALEAN LEFTWICH.

As a result of the conspiracy, Coconspirator B received $29,500 for in excess of 1000 overtime hours that she never worked and DENSEALEAN LEFTWICH received $200.00 for each of the 30 pay periods that she agreed to alter Coconspirator B's time and attendance form. DENSEALEAN LEFTWICH knew the claims she submitted to the NFC on behalf of Coconspirator B were false because she knew that Coconspirator B never worked the overtime hours for which she claimed and received compensation and thus had no right to the compensation for these hours.

On December 10, 2004, DENSEALEAN LEFTWICH voluntarily provided a sworn, signed statement to agents from the USDA's Office of Inspector General. In this statement, DENSEALEAN LEFTWICH admitted that she had conspired with Coconspirator B to submit to the NFC, overtime hours on behalf of Conspirator B that the latter had never worked. DENSEALEAN LEFTWICH further stated that she received $200.00 per pay period from Coconspirator B each time she entered overtime hours that Coconspirator B had not worked.

## DEFENDANT'S ACCEPTANCE

I have read every word of the four-page statement of offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this statement of offense, and declare under penalty of perjury that it is true and correct.

Date: 3/14/06

_____
DENSEALEAN LEFTWICH
Defendant

I have read each of the four pages constituting this statement of offense and have reviewed and discussed them with my client. I concur with her decision to stipulate to this statement of offense.

Date: 3/14/06

_____
DANIELLE JAHN
Attorney for Densealean Leftwich, Defendant

5