HONORABLE EMMIT G. SULLIVAN, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-06-00023 |
| vs. | : | SSN: |
| Leftwich, Densealean | : | Disclosure Date: **April 19, 2006** |

**FILED JUL 2 6 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government
(CHECK APPROPRIATE BOX)

( ✓ ) There are no material/factual inaccuracies therein.
       NOTE: THERE ARE TYPOS IN PARA. 19 & 56.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     5-2-06
**Prosecuting Attorney**                              **Date**

#### For the Defendant
(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____    _____  _____
**Defendant**             **Date**    **Defense Counsel**      **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **May 3, 2006**, to U.S. Probation Officer **Monica Johnson**, telephone number **(202) 565-1332**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer