PROB 12B-ORDER-DC
(Rev. 12/82)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA



FILED

FEB 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Densealean Leftwich**　　　　　　　　　　　　　　　Docket No.: **CR 06-23**

### REQUEST FOR COURSE OF ACTION
(Hearing on Violation)

COMES NOW **Chandra R. Green**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Densealean Leftwich**, who was placed on probation by the Honorable Emmet G. Sullivan, United States District Judge, sitting in the Court at Washington, D.C., on the **26th** day of **July, 2006**, who fixed the period of probation at **two** years, and imposed the general terms and conditions of probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. Payment of a $100.00 Special Assessment;

2. Payment of restitution in the amount of $6,000, at a rate of no less than $40 each month;

3. Prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without approval of the Probation Office;

4. Provide income tax returns, and any other business or financial information in which she has control or interest; and

5. Resignation from employment position at the Department of Agriculture.

LEFTWICH, Densealean
Docket #: CR 06-23
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. Ms. Leftwich is in violation of the Special Condition that she pay restitution in the amount of $6,000 at a rate of no less than $40 per month.

Respectfully submitted,

Chandra R. Green
United States Probation Officer
(202) 565-1411

Approved By: _____
Shawn A. Suber, Supervising
United States Probation Officer

PRAYING THE COURT WILL ORDER a hearing on violation of Probation with voluntary appearance of **Densealean Leftwich** before the Court. Should Your Honor concur, the attached Order has been prepared.

_____
Emmet G. Sullivan
United States District Judge

2/11/08
Date