UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

**FILED**
FEB 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Densealean Leftwich**            Docket No.: **CR-06-23**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing on violation of Probation with voluntary appearance of **Densealean Leftwich** on _MARCH 4, 2008_ at _12:00 p.m._.

### ORDER OF COURT

Considered and ordered this _11th_ day of _Feb._, 2008.

_____
Emmet G. Sullivan
United States District Judge